**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CECILIO TRINIDAD LOPEZ-PEREZ**          **CASE NO.  3:25-CV-01801 SEC P**

**VERSUS**                               **JUDGE TERRY A. DOUGHTY**

**BRIAN ACUNA ET AL**                    **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 22], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Cecilio Trinidad Lopez-Perez's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 13th day of May 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE